**Order filed, August 19, 2016.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00615-CV**

_____

**REY GARZA, Appellant**

**V.**

**ROXANA REGALADO HARRISON AND JOSEPH SANTELLANA, INDIVIDUALLY AND AS RESPRESENTATIVE OF THE ESTATE OF JONATHEN ANTHONY SANTELLANA, DECEASED, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2014-32961**

## ORDER

The reporter's record in this case was due **August 12, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM